FILED
2008 Jul-08 AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| MARK THOMAS LYONS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 6:07-cv-1350-IPJ |
| | ) | |
| CHRISTOPHER WHITLEY and BARRY CORKEN, | ) | |
| | ) | |
| Defendants | ) | |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on June 17, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed due to the plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed

due to plaintiff's failure to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).  A Final Judgment will be entered.

DONE this 8th day of July, 2008.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE